IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEPOSITORS INSURANCE COMPANY )
)
    Plaintiff, ) Cause No.: 1:14-cv-00034-SNLJ
)
v. )
)
HALL'S RESTAURANT, INC. )
)
    Defendant. )

### AFFIDAVIT OF STACY LAGE

COMES NOW Stacy Lage, first being duly sworn, and states upon her oath as follows:

1. My name is Stacy Lage and I am a Commercial Claims Manager for Depositors Insurance Company ("Depositors"). I have personal knowledge of the facts set forth herein.

2. Depositors hired Brown and James, P.C., to represent its interests in the above styled lawsuit and in the insurance claim made by Hall's Restaurant against Depositors.

3. Depositors incurred fees and expenses in this matter including attorneys' fees and expenses for claim response, investigation, legal services, and contracting services.

4. The attorney fees and expenses incurred would have been unnecessary had Carolyn Hall not intentionally burned the restaurant which was the subject of this lawsuit.

5. As of May 7, 2014 Depositors incurred attorney fees of One Hundred Nine Thousand Forty-Nine Dollars and Fifty Cents ($109,049.50) in this matter.

6. As of May 7, 2014, Depositors incurred expenses in the amount of Thirty-Four Thousand Nine Hundred Twenty-Seven Dollars and Twelve Cents ($34,927.12) in this matter.



EXHIBIT 1A

7. On June 25, 2012, Depositors issued payment to the mortgagee in the amount of One Hundred Eighty Nine Thousand Six Hundred Twenty Nine Dollars and Sixteen Cents ($189,629.16).

7. The attorney fees and expenses incurred in this cause on behalf of Depositors have been satisfied.

8. The attorney fees and expenses are fair and reasonable charges and were necessary to the investigation of the claim, the prosecution of the declaratory judgment action, and the defense of the counterclaim filed by defendant.

FURTHER AFFIANT SAYETH NOT

_____
Stacy Lage

Subscribed and sworn to before me this ____ day of May, 2014.

_____
Notary Public

My Commission Expires: 8/18/2014

CHARLES E. HART
COMMISSION NO. 224071
MY COMMISSION EXPIRES
8/18/2014
IOWA

2