IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | Cause No.: 1:14-cv-00034-SNLJ |
| ) | |
| v. ) | |
| ) | |
| HALL'S RESTAURANT, INC. ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF ROBERT L. BRADY

COMES NOW, Robert L. Brady, first being duly sworn, and states upon his oath as follows:

1. My name is Robert L. Brady and I am licensed to practice law in the State of Missouri and the United States District Court, Eastern District of Missouri. I have personal knowledge of the facts set forth herein.

2. I am a principal in the law firm of Brown and James, P.C. and attorney of record for plaintiff Depositors Insurance Company in the above styled lawsuit. I have represented Depositors Insurance Company and numerous other insurance carriers in courts of this state, and I have personal knowledge of the reasonableness of fees and expenses and necessity thereof in insurance claims and cases such as this.

3. Attached hereto and incorporated by reference herein as Exhibits B(1) through B(9) are true and accurate copies of invoices of Brown and James, P.C. for fees and expenses incurred in the above styled lawsuit through May 7, 2014. The invoices have been redacted to protect attorney/client privileged communications. However, un-redacted invoices are available for an in camera inspection by the Court if necessary.



EXHIBIT
B

4. As of May 7, 2014, Depositors Insurance Company incurred attorney fees from Brown and James, P.C. in the amount of One Hundred Nine Thousand Forty-Nine Dollars and Fifty Cents ($109,049.50).

5. Further, Depositors Insurance Company incurred certain expenses in the amount of Thirty-Four Thousand Nine Hundred Twenty-Seven Dollars and Twelve Cents ($34,927.12) as of May 7, 2014.

6. The attorney fees and expenses are fair and reasonable charges and were necessary for Depositors Insurance Company in the insurance claim and in this case.

FURTHER AFFIANT SAYETH NOT

_____
Robert L. Brady

Subscribed and sworn to before me this 20 day of May, 2014.

_____
Notary Public

My Commission Expires:

> SHARON L. PETERMAN
> Notary Public-Notary Seal
> STATE OF MISSOURI
> Commissioned for St. Louis County
> My Commission Expires: November 1, 2015
> ID. #11458458