

**BROWN & JAMES** P.C.
LAW FIRM

(314) 421-3400

FEDERAL I.D. #43-1235718

EXHIBIT B(1)

```
DEPOSITORS INSURANCE COMPANY              BILLING ATTORNEY - RLB
ONE NATIONWIDE GATEWAY, DEPT. 5574
DES MOINES, IA  50391-5574
                                          INVOICE #   468282
MS. STACY LYNN LAGE                       PAGE        1

                                          AUGUST 23, 2012


CLIENT NUMBER - 06140 - 55698

SERVICES RENDERED
     THROUGH JULY 31, 2012


     HALL'S RESTAURANT VS NATIONWIDE INS.
     Claim No:                         7224PE111735PE2012031951
     Date/Loss:           3/19/12
     Name of the insured             HALL'S RESTAURANT INC.
     LEDES CLIENT/MATTER ID          7224PE11173503191251
     Invoice Sequence                INTERIM


5/02/12 RLB     1.30    L110  A104  Initial review and analysis of claim file
                                    materials received;
5/02/12 RLB      .20    L120  A106  Review incoming e-mail correspondence from
                                    Jackie Seymour, Nationwide SIU, with
                                    attached proof of loss;
5/02/12 RLB      .10    L120  A106  E-mail correspondence to Jackie Seymour,
                                    Nationwide SIU, re: [redacted]

5/03/12 RLB      .10    L120  A106  Review incoming e-mail correspondence from
                                    Ron White, Director of Commercial Property
                                    claims for Nationwide, re: [redacted]

5/07/12 RLB     1.50    L120  A107  Correspondence to Mike Hackworth, attorney
                                    for insured, re: acknowledgment of proof
                                    of loss, request for examinations under
                                    oath, detailed request for production of
                                    documents, and reservation of rights;
5/09/12 RLB      .10    L120  A106  E-mail correspondence with Jackie Seymour,
                                    Nationwide SIU, re: [redacted]

5/10/12 RLB      .20    L120  A107  Telephone call from Michael Hackworth,
                                    attorney for insured, re: status of claim
                                    and potential payment to mortgage holder;
5/11/12 RLB      .50    L120  A104  Review incoming correspondence from
```



(314) 421-3400

FEDERAL I.D. #43-1235718

HALL'S RESTAURANT VS NATIONWIDE INS.          INVOICE #    468282

                                              PAGE         1

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | | | | Michael Hackworth, attorney for insured, with attached information from mortgagee re: pay-off; |
| 5/14/12 | RLB | .60 | L120 | A106 | Correspondence with Jackie Seymour, Nationwide SIU, re: ~~recommendations with respect to payment of mortgagee claim and also re: insured's request for a debris removal payment~~ |
| 5/15/12 | RLB | .20 | L120 | A106 | E-mail correspondence with Jackie Seymour, Nationwide SIU, re: ~~further recommendations with respect to payment of mortgagee claim~~ |
| 5/22/12 | RLB | .20 | L120 | A104 | Review incoming correspondence from Michael Hackworth, attorney for insured, with attached bid for debris removal; |
| 5/22/12 | RLB | .20 | L120 | A106 | E-mail correspondence with Jeff Floyd, claim supervisor at Nationwide, re: ~~issuing payment to the mortgagee~~ |
| 5/22/12 | RLB | .10 | L120 | A106 | Telephone call with Jackie Seymour, Nationwide SIU, re: ~~status of claim investigation and recommendations for further handling~~ |
| 5/23/12 | RLB | 1.70 | L120 | A104 | Review and analysis of incoming documents: final origin and cause report; |
| 5/23/12 | RLB | .20 | L120 | A104 | Review incoming e-mail correspondence from Jackie Seymour, Nationwide SIU, re: ~~recommendation with respect to handling of claim~~ |
| 5/30/12 | RLB | .10 | L120 | A104 | Review incoming e-mail correspondence from Mike Hackworth, attorney for insured, re: status of payment to mortgagee; |
| 5/31/12 | RLB | .10 | L120 | A104 | Review incoming correspondence from Mike Hackworth, attorney for insured, advising that insured has no objection to Nationwide making payment direct to mortgagee; |
| 5/31/12 | RLB | .20 | L120 | A107 | E-mail correspondence to Mike Hackworth, attorney for insured, re: request for examination under oath, payment to mortgagee, and issues related to clean up of property; |
| 6/06/12 | RLB | .10 | L120 | A106 | E-mail correspondence with Jackie Seymour, Nationwide SIU, re: ~~recommendations~~ |



(314) 421-3400

FEDERAL I.D. #43-1235718

HALL'S RESTAURANT VS NATIONWIDE INS.          INVOICE #    468282

                                              PAGE      2

| Date | Atty | Hours | | | Description |
|---|---|---|---|---|---|
| 6/11/12 | RLB | .10 | L120 | A106 | E-mail correspondence with Jackie Seymour, Nationwide SIU, re: [redacted]; |
| 6/12/12 | RLB | .10 | L120 | A104 | Review incoming e-mail correspondence from Jackie Seymour, Nationwide SIU, re: [redacted]; |
| 6/12/12 | RLB | .10 | L120 | A104 | Review incoming e-mail correspondence from Chris Pieske, claim handler at Nationwide, re: [redacted]; |
| 6/13/12 | RLB | .40 | L120 | A106 | Conference call with multiple representatives of Nationwide re: [redacted]; |
| 6/13/12 | RLB | .10 | L120 | A107 | Telephone call to Michael Hackworth, attorney for insured, re: request for updated pay off statement on the mortgage; |
| 6/13/12 | RLB | .10 | L120 | A106 | E-mail correspondence to Jeff Floyd and Chris Pieske at Nationwide re: [redacted]; |
| 6/15/12 | RLB | 5.80 | L120 | A101 | Preparation for examinations under oath of Carolyn Hall and Cody Martin: review and analysis of origin and cause report, state fire marshal reports, claim notes, SIU notes, photographs, proof of loss, contents inventory, financial documents produced by insured, background checks, fire department report, and also prepare outline of examination questions; |
| 6/15/12 | RLB | .10 | L120 | A104 | Review incoming correspondence from Michael Hackworth, attorney for insured, with updated pay off information on mortgage; |
| 6/16/12 | JZM | .30 | L110 | A108 | Prepare correspondence to AT&T's Custodian of Records regarding preserving cell phone and tower records for Hall's Restaurant; |
| 6/18/12 | RLB | 2.20 | L120 | A109 | Travel to Piedmont, MO for examinations under oath of Carolyn Hall and Cody Martin; |
| 6/18/12 | RLB | 3.10 | L120 | A109 | Conduct examination under oath of Cody Martin; |



(314) 421-3400

FEDERAL I.D. #43-1235718

HALL'S RESTAURANT VS NATIONWIDE INS.    INVOICE #   468282

PAGE     3

| Date | Atty | Hours | Task | Activity | Description |
|---|---|---|---|---|---|
| 6/18/12 | RLB | 4.50 | L120 | A109 | Conduct examination under oath of Carolyn Hall; |
| 6/18/12 | RLB | 2.20 | L120 | A109 | Return travel from Piedmont, MO to St. Louis, MO; |
| 6/19/12 | RLB | .10 | L120 | A106 | E-mail correspondence with Chris Pieske, claim handler at Nationwide, re: ▓▓▓▓; |
| 6/21/12 | RLB | .10 | L120 | A104 | Review incoming documents: Nationwide settlement check directed to the mortgagee; |
| 6/25/12 | RLB | .10 | L120 | A104 | Review incoming correspondence from Michael Hackworth, attorney for insured, re: claims status and status of payment to mortgage holder; |
| 6/25/12 | RLB | .20 | L120 | A103 | Correspondence to Michael Hackworth, attorney for insured, re: claim status and payment to the mortgage holder; |
| 6/28/12 | RLB | .10 | L120 | A104 | Review incoming correspondence from Michael Hackworth, attorney for insured, confirming receipt of check directed to the mortgagee; |
| 6/28/12 | RLB | 1.80 | L120 | A104 | Additional review and analysis of financial documentation produced by insured, in order to analyze whether insured had financial motive to set the fire, in preparation for making recommendations to Nationwide; |
| 6/29/12 | RLB | .20 | L110 | A103 | Email correspondence to Jackie Seymour, Nationwide SIU, regarding ▓▓▓▓; |
| 7/02/12 | RLB | .10 | L120 | A106 | E-mail correspondence with Jackie Seymour, Nationwide SIU, re: ▓▓▓▓; |
| 7/11/12 | JZM | .40 | L120 | A108 | Multiple conversations with Robert Cann of RGL Forensics, regarding analysis of financial motive; |
| 7/11/12 | JZM | .40 | L110 | A108 | Compiled documents provided to RGL Forensics; |
| 7/12/12 | JZM | .20 | L130 | A108 | Prepare email correspondence to Robert Cann of RGL Forensics regarding examination under oath transcript; |
| 7/12/12 | JZM | .20 | L130 | A108 | Telephone call to Robert Cann of RGL Forensics regarding examination under oath |



(314) 421-3400

FEDERAL I.D. #43-1235718

```
         HALL'S RESTAURANT VS NATIONWIDE INS.        INVOICE #   468282

                                                     PAGE       4

                                      transcript;
 7/16/12  RLB     .10    L120  A106   Telephone call with Jackie Seymour,
                                      Nationwide SIU, re: ████████████
                                      ████████████

 7/19/12  RLB     .10    L120  A106   E-mail correspondence with Jackie Seymour,
                                      Nationwide SIU, re: ████████████
                                      ████████████;

 7/30/12  RLB     .10    L110  A107   Review incoming correspondence from Mike
                                      Hackworth, attorney for insured, with
                                      executed EUO signature pages enclosed;

 7/31/12  RLB     .20    L110  A106   Email correspondence with Jackie Seymour,
                                      Nationwide SIU, regarding ████████████
                                      ████████████


          31.20                       TOTAL HOURS

     PROFESSIONAL SERVICES                                        4,212.00


                   SUMMARY OF PROFESSIONAL SERVICES

ATTORNEY              STAFF LEVEL             HOURS  RATE           AMOUNT

Robert L. Brady       Partner                 29.70  135.00       4,009.50
Jon Z. Morrow         Senior Associate         1.50  135.00         202.50

                                              31.20               4,212.00


     COSTS ADVANCED

 5/30/12   E101    PHOTOCOPIES 53 AT .06 ,   DOCUMENTS                3.18
 5/30/12   E118    COLOR PHOTOGRAPHS 28 AT .06                        1.68
 6/25/12   E101    PHOTOCOPIES 1 AT .06 ,    CORRESPONDENCE            .06
 7/11/12   E101    PHOTOCOPIES 923 AT .06 ,  DOCS PRODUCED           55.38

     TOTAL COSTS ADVANCED                                            60.30


     INVOICE TOTAL                                                4,272.30
```



(314) 421-3400

FEDERAL I.D. #43-1235718

HALL'S RESTAURANT VS NATIONWIDE INS.          INVOICE #    468282

                                              PAGE       5

PLEASE REMIT TO:

800 MARKET STREET, SUITE 1100
ST. LOUIS, MISSOURI 63101

PLEASE RETURN COPY OF INVOICE WITH YOUR REMITTANCE